| | |
|---|---|
| 1   WILLIAMS & CONNOLLY LLP | |
|     David E. Kendall (*pro hac vice*) | |
| 2     Emmet T. Flood (*pro hac vice*) | |
|     Francis Q. Hoang (*pro hac vice*) | *E-FILED 6/21/05* |
| 3   725 Twelfth Street, N.W. | |
|     Washington, DC 20005 | |
| 4   Telephone: (202) 434-5000 | |
|     Facsimile: (202) 434-5029 | |

LATHAM & WATKINS LLP
    Peter A. Wald (Bar No. 85705)
    Dana N. Linker (Bar No. 184498)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Non-Party
ERNST & YOUNG LLP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FALLON, an individual, ROBERT PUETTE, an individual, CARL REDFIELD, an individual, RICK TIMMINS, an individual, on behalf of each, individually, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> LOCKE, LIDDELL & SAPP, LLP, a Texas limited professional partnership; And DOES 1 through 100, <br><br> Defendants. | CASE NO. 04-3210 RMW RS <br><br> STIPULATION, AND [PROPOSED] ORDER, CONTINUING HEARINGS ON NON-PARTY ERNST & YOUNG'S MOTION FOR PROTECTIVE ORDER AND TO QUASH OR MODIFY SUBPOENA AND PLAINTIFFS' MOTION TO COMPEL TO JULY 27, 2005 AT 9:30 A.M. <br><br> Date:    JULY 27, 2005 <br> Time:   9:30 a.m. <br> Place:  COURTROOM 4 <br> Judge:  Hon. Richard Seeborg |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: 04-3210 RMW RS
STIPULATION, AND [PROPOSED] ORDER,
CONTINUING HEARING

1  In light of the parties' scheduling concerns and defendant's pending motion to stay the case, scheduled for hearing before Judge Whyte on July 1, 2005, the parties in this matter and non-party Ernst & Young agree to continue the following hearings to July 27, 2005 at 9:30 a.m.:

- Non-party Ernst & Young's motion for protective order and to quash or modify Plaintiffs' third-party subpoena, currently set before Magistrate Judge Seeborg on June 22, 2005 at 9:30 a.m.; and
- Plaintiffs' motion to compel, currently set before Magistrate Judge Seeborg on July 13, 2005 at 9:30 a.m.

Respectfully submitted,

Dated: June 20, 2005,

LATHAM & WATKINS LLP
Peter A. Wald
Dana N. Linker

By /s/
Dana N. Linker
Attorneys for Non-Party
Ernst & Young LLP


MURPHY, PEARSON, BRADLEY & FEENEY LLP
James A. Murphy
Harlan B. Watkins

By [signature]
Harlan B. Watkins
Attorneys for Defendant

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: 04-3210 RMW RS
STIPULATION, AND [PROPOSED] ORDER,
CONTINUING HEARING

1
2
3   ANTHONY B. GORDON A Professional Law
    Corporation
4   Anthony B. Gordon
5
    By _____/s/ Anthony B. Gordon_____
6   Anthony B. Gordon
    Attorneys for Plaintiffs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3

Case Number: 04-3210 RMW RS
STIPULATION, AND [PROPOSED] ORDER
CONTINUING HEARING

Case 5:04-cv-03210-RMW   Document 42   Filed 06/21/05   Page 4 of 4

1  IT IS HEREBY ORDERED that the hearing on Non-Party Ernst & Young's motion for
2  protective order and to quash or modify Plaintiffs' third-party subpoena, currently set on June 22,
3  2005, shall be ~~taken off calendar and~~ continued to July 27, 2005 at 9:30 a.m.

4

5  IT IS FURTHER ORDERED that the hearing on Plaintiffs' motion to compel, currently set on
6  July 13, 2005, shall be ~~taken off calendar and~~ continued to July 27, 2005 at 9:30 a.m.

7
8  Dated: _____June 21_____, 2005

9
10                                    /s/ Richard Seeborg
                                      _____
11                                    Hon. Richard Seeborg
                                      United States Magistrate Judge

15                                    Respectfully submitted,

16                                    LATHAM & WATKINS LLP
                                      Peter A. Wald
17                                    Dana N. Linker

19                                    By /s/
                                      _____
20                                    Dana N. Linker
                                      Attorneys for Non-Party
21                                    Ernst & Young LLP

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case Number: 04-3210 RMW RS
STIPULATION, AND [PROPOSED] ORDER,
CONTINUING HEARING