**E-FILED on**    8/24/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS FALLON, an Individual, ROBERT PUETTE, an Individual, CARL REDFIELD, an Individual, RICK TIMMINS, an Individual, on behalf of each, individually, and on behalf of the general public,<br><br>            Plaintiffs,<br>   v.<br><br>LOCKE, LIDDELL & SAPP, LLP, a Texas limited professional partnership, and DOES 1 through 100,<br><br>            Defendants. | Case No. C-04-03210 RMW<br><br>ORDER SETTING BRIEFING SCHEDULE ON ERNST & YOUNG LLP'S OBJECTION TO THE MAGISTRATE JUDGE'S AUGUST 4, 2005 ORDER<br><br>**[Re Docket No. 51]** |

     Non-party Ernst & Young LLP ("E&Y") has filed an objection to the Magistrate Judge's August 4, 2005 order denying E&Y's motion for a protective order and granting E&Y's motion to modify a subpoena duces tecum and associated deposition subpoena issued by plaintiffs Robert Puette, Carl Redfield, Tom Fallon, and Rick Timmins ("plaintiffs"). E&Y objects that the Magistrate Judge erred as a matter of law by permitting third party discovery by the plaintiffs in light of an arbitration agreement between the parties.

     The court sets the following briefing schedule on E&Y's objection. Plaintiffs may file an opposition to E&Y's objection by September 6, 2005. Such opposition shall be no longer than 15 pages and address E&Y's alternative request that plaintiffs bear E&Y's costs for the requested discovery. Subject to the same 15 page

1  limit, E&Y may file any reply by September 13, 2005.  The matter will be submitted on the papers without oral
2  argument unless the parties are otherwise notified by the court.

5  DATED:      8/23/05                              /s/ Ronald M. Whyte
                                                    RONALD M. WHYTE
6                                                   United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**
Anthony B. Gordon      law@anthonybgordon.com
David Lefkowitz        dl@wplawgroup.com

**Counsel for Defendant(s):**
James A. Murphy  jmurphy@mpbf.com
Harlan B. Watkins      hwatkins@mpbf.com

**Counsel for E&Y:**
Ashley Marie Bauer     ashley.bauer@lw.com
Dana N. Linker         dana.linker@lw.com
Randall Kim            randall.kim@LW.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      8/24/05                          /s/ MAG
                                          **Chambers of Judge Whyte**

ORDER SETTING BRIEFING SCHEDULE ON ERNST & YOUNG LLP'S OBJECTION TO THE MAGISTRATE JUDGE'S AUGUST 4, 2005 ORDER — 04-03210
MAG                                            3