1  Joseph W. Cotchett (Cal. SBN 36324)
   Nancy L. Fineman (Cal. SBN 124870)
2  Philip L. Gregory (Cal. SBN 95217)
   Michelle T. Duval (Cal. SBN 239497)
3  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
4  Burlingame, CA 94010
   Tel:   (650) 697-6000
5  Fax:   (650) 697-0577
   E-Mail: jcotchett@cpmlegal.com
6           nfineman@cpmlegal.com
            pgregory@cpmlegal.com
7           mduval@cpmlegal.com

8  Anthony B. Gordon (SBN 108368)
   **ANTHONY B. GORDON**, A Professional Law Corporation
9  5550 Topanga Canyon Boulevard, Suite 200
   Woodland Hills, California 91367-6478
10 Tel:   (818) 887-5155
   Fax:   (818) 887-5154
11 Email: law@anthonybgordon.com

12 *Attorneys for Plaintiffs*

*E-FILED - 9/23/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS FALLON, an individual, ROBERT PUETTE, an individual, CARL REDFIELD, and individual, RICK TIMMINS, an individual, ALEXANDRE BALKANSKI, an individual, on behalf of each, individually, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKE, LIDDELL & SAPP, LLP, a Texas limited professional partnership, and DOES 1 through 100,<br><br>Defendants. | Case No. C 04-03210 RMW ARB<br><br>**STIPULATION AND [XXXXXXXXXXX] ORDER EXTENDING TIME FOR DISCLOSURE OF EXPERTS AND EXPERT REPORTS**<br><br>Trial Date: November 10, 2008<br><br>Honorable Ronald M. Whyte |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION AND [XXXXXXXXXX] ORDER EXTENDING TIME FOR DISCLOSURE OF EXPERTS AND EXPERT REPORTS
Case No. C 04-03210 RMW ARB

Whereas, on March 5, 2008, the parties, by and through their respective counsel, stipulated and this Court ordered that the parties shall disclose experts and expert reports on September 5, 2008;

Whereas, as a result of discovery scheduling issues, the parties, by and through their respective counsel, have agreed that the date by which the parties shall disclose experts and expert reports shall be extended to September 22, 2008;

NOW, THEREFORE,

The parties, by and through their respective counsel, hereby stipulate and request that this Court issue an order that the date by which the parties shall disclose experts and expert reports shall be extended to September 22, 2008.

Date:   September 5, 2008

| COTCHETT, PITRE & McCARTHY | MURPHY, PEARSON, BRADLEY & FEENEY |
|---|---|
| By: _____ Philip L. Gregory | By: _____ Harlan B. Watkins |
| Counsel for Plaintiffs | Counsel for Defendant |

**BASED ON THE FOREGOING STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT**

The date by which the parties shall disclose experts and expert reports shall be extended to September 22, 2008.

Date:  9/22/08                     _____

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE


LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION AND [xxxxxxxxxx] ORDER EXTENDING TIME FOR DISCLOSURE OF EXPERTS AND EXPERT REPORTS
Case No. C 04-03210 RMW ARB                                                                                          1