1  James A. Murphy - 062223
   Harlan B. Watkins - 176458
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendant
   LOCKE, LIDDELL & SAPP, LLP
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11 THOMAS FALLON, an Individual, ALEXANDRE     Case No.: 04-03210 RMW
   BALKANSKI, an Individual, ROBERT PUETTE,
   an Individual, CARL REDFIELD, an Individual, STIPULATION AND [PROPOSED] ORDER
12 RICK TIMMINS, an Individual, on behalf of each, EXTENDING DEADLINE FOR EXPERT
   individually, and on behalf of the general public, DEPOSITIONS
13
        Plaintiff,
14
   v.
15
   LOCKE, LIDDELL & SAPP, LLP, a Texas limited
16 professional partnership, and DOES 1 through 100,

17      Defendants.

18

19      Whereas on December 18, 2008, Plaintiffs filed a motion for an extension of time to complete

20 discovery which is set for hearing on January 23, 2009. Whereas, the parties, by and through their

21 respective counsel, had previously stipulated that expert depositions were to have been completed on

22 or before January 15, 2009.

23      Whereas, given Plaintiffs' pending motion for an extension of time to complete discovery, the

24 parties, through counsel, have agreed that the deadline to complete expert depositions should be

25 extended from January 15, 2009 to March 31, 2009.

26      ///

27      ///

28      ///

- 1 -

Stipulation And [Proposed] Order Extending Deadline For Expert Depositions

**THEREFORE, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THIS COURT ISSUE AN ORDER THAT:**

All expert depositions must be completed on or before March 31, 2009.

Dated: January 14, 2009

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/
Harlan B. Watkins, Esq.
Attorneys for Defendant
LOCKE, LIDDELL & SAPP, LLP

Dated: January 14, 2009

COTCHETT, PITRE & McCARTHY

By /s/
Philip L. Gregory, Esq.
Attorneys for Plaintiffs THOMAS FALLON, ALEXANDRE BALKANSKI, ROBERT PUETTE, CARL REDFIELD and RICK TIMMINS

**IT IS SO ORDERED.**

Date: 1/21/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

HBW.10455652.doc