| | |
|---|---|
| 1 | Joseph W. Cotchett (Cal. SBN 36324) |
| | Nancy L. Fineman (Cal. SBN 124870) |
| 2 | Philip L. Gregory (Cal. SBN 95217) |
| | Michelle T. Duval (Cal. SBN 239497) |
| 3 | **COTCHETT, PITRE & McCARTHY** |
| | 840 Malcolm Road, Suite 200 |
| 4 | Burlingame, CA 94010 |
| | Tel:   (650) 697-6000 |
| 5 | Fax:   (650) 697-0577 |
| | E-Mail: jcotchett@cpmlegal.com |
| 6 | nfineman@cpmlegal.com |
| | pgregory@cpmlegal.com |
| 7 | mduval@cpmlegal.com |

*E-FILED - 6/30/09*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS FALLON, ROBERT PUETTE, CARL REDFIELD, RICK TIMMINS, and ALEXANDRE BALKANSKI, | ) Case No.  C 04-03210 RMW ARB ) ) **STIPULATION OF DISMISSAL** ) & ORDER |
| Plaintiffs, | ) Judge:     Honorable Ronald M. Whyte ) ) |
| vs. | ) ) |
| LOCKE, LIDDELL & SAPP, LLP, | ) ) |
| Defendant. | ) ) ) |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION OF DISMISSAL
CASE NO. C 04-03210 RMW ARB

**IT IS HEREBY STIPULATED** by and among the parties to this action through their designated counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims of any party or parties in the above-captioned action be and hereby are dismissed with prejudice, and that accordingly this action be and hereby is dismissed in its entirety, with prejudice.  It is further stipulated by and among the parties to this action that each party shall bear its own costs and attorneys' fees.

Dated:  June 26, 2009               **COTCHETT, PITRE & McCARTHY**

By:    /s/ Nancy L. Fineman
       NANCY L. FINEMAN
       *Attorneys for Plaintiffs Thomas Fallon*
       *Robert Puette, Carl Redfield, Rick Timmins,*
       *and Alexandre Balkanski*

Dated:  June 26, 2009               **MURPHY, PEARSON, BRADLEY & FEENEY**

By:    /s/ Harlan B. Watkins
       HARLAN B. WATKINS
       *Attorneys for Defendant*
       *Locke, Liddell & Sapp, LLP*

**IT IS SO ORDERED.**

Dated:  6/30/09                     *Ronald M. Whyte*
                                    Honorable Ronald M. Whyte
                                    United States District Court Judge

STIPULATION OF DISMISSAL
CASE NO. C 04-03210 RMW ARB                                          1